AO91 (Rev. 12/03)  Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.  

Goljar HOSSAIN  
 A201 526 449  Bangladesh

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-637

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 24, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 24, 2019. The defendant is a citizen of Bangladesh who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on January 24, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Mora, Sergio A.  Border Patrol Agent  
Signature of Complainant

Mora, Sergio A.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 25, 2019                                                                              at   Brownsville, Texas  
Date                                                                                                      City/State

Ignacio Torteya III                 U.S. Magistrate Judge  
Name of Judge                     Title of Judge                                          Signature of Judge